**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 20, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00672-CV

## IN RE HARRIS COUNTY FLOOD CONTROL DISTRICT, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 955,392

## MEMORANDUM OPINION

On August 18, 2014, relator Harris County Flood Control District filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Theresa Chang, presiding judge of the County Civil Court at Law No. 2 of Harris County, to vacate her August 14, 2014 order granting real parties in interest's motion to compel the deposition of Victoria Jimenez.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for emergency stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.